No. 8285.

D. W. HUGHES vs. LA VARIÉTÉ ASSOCIATION.

A plaintiff must make his claim certain; it is not enough to make it probable.

A defendant who is sued for movable property, is not estopped in denying plaintiff's ownership of it, because he had previously, in a suit against plaintiff for the rent of a house, caused this property to be provisionally seized, as subject to the privilege for rent. Property not belonging to the lessee may be subject to such privilege.

Judgment affirmed.

APPEAL from the Civil District Court for the Parish of Orleans. *Tissot,* J.

---

*W. S. Benedict* and *A. J. Murphy* for Plaintiff and Appellant.
*Breaux & Hall* for Defendant and Appellee.

---

The opinion of the Court was delivered by TODD, J.